UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO.  CR11-5394BHS |
| | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO FILE GOVERNMENT'S |
| | ) | RESPONSE |
| ADAM S. VOELKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER, having come before the Court on the stipulated motion for an extension of time within which the government must file a response to the defendant's motion to suppress evidence, docket entry 81, from September 7, 2012, to September 14, the Court has considered the facts in support of the request, other facts apparent from the record, and finding good cause, grants the requested extension.  Now, therefore,

It is hereby ORDERED that the due date for the filing of the government's response to the defendant's motion to suppress evidence is extended from September 7, 2012, to September 14, 2012.

DATED this 4th day of September, 2012.

BENJAMIN H. SETTLE
United States District Judge

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 450
TACOMA, WASHINGTON 98402
(253) 428-3800